# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:19CR403 |
| vs. | ) | |
| | ) | ORDER |
| CHARLES ELMORE, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant Charles Elmore's Motion to Disclose Identity of Confidential Informant. (Filing No. 25). A telephone conference was held on April 3, 2020 regarding the motion. Kim Bunjer appeared for the Government and Karen Hicks appeared for the defendant. The government does not object to the motion. Based on the telephone conference with the parties the court hereby finds as follows:

I find that the government must provide the identity of the confidential informant, along with any information that may be used by the defendant to impeach the testimony of the informant, including criminal histories, copies of his/her statements, and any promises or consideration paid or inducements offered to the informant in exchange for cooperation and testimony. The above information shall be disclosed to the defendant not later than ten (10) business days prior to the date set for trial.

**IT IS ORDERED:** Defendant's Motion to Disclose Identity of the Confidential Informant, Filing No. 25, is granted as set out above.

Dated this 3rd day of April, 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge

**ADMONITION**

      Pursuant to NECrimR 59.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within fourteen (14) calendar days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.