IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:19CR403** |
| vs. | | |
| CHARLES ELMORE, | | **ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION** |
| Defendant. | | |

The defendant appeared before the Court on November 2, 2020 regarding Petition for Action on Conditions of Pretrial Release [39].  Karen Hicks represented the defendant.  Kimberly Bunjer represented the government.  The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

The defendant appeared before the Court on November 12, 2020 for his detention and disposition hearing. Karen Hicks represented the defendant.  Kimberly Bunjer represented the government. The government made an oral motion to dismiss Petition for Action on Conditions of Pretrial Release [39].  The government's oral motion to dismiss Petition for Action on Conditions of Pretrial Release [39] is granted without objection.

The defendant shall be released on the current terms and conditions of supervision to reside at the Oxford House at 9706 Corby Street, Omaha, Nebraska.

**IT IS SO ORDERED**.


Dated this 12th day of November, 2020.


BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge