IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CHARLES ELMORE,<br><br>              Defendant. | 8:19CR403<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Karen C. Hicks to withdraw as counsel for the defendant, Charles Elmore (Filing No. 94). Matthew Chivari and Murdoch Walker, II have filed entries of appearances as retained counsel for Charles Elmore. Therefore, Karen C. Hicks' motion to withdraw (Filing No. 94) will be granted.

Karen C. Hicks shall forthwith provide Matthew Chivari and Murdoch Walker, II any discovery materials provided to the defendant by the government and any such other materials obtained by Karen C. Hicks which are material to Charles Elmore's defense.

The clerk shall provide a copy of this order to Matthew Chivari and Murdoch Walker, II.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2022.

                                                  BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge